**Opinion issued September 5, 2013.**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-12-00310-CV**

———————————

**JOSE E. PEREIRA, Appellant**

**V.**

**LISA TRAN AND NGA VU, Appellees**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 990803**

---

## MEMORANDUM OPINION

Appellant has filed an unopposed motion to dismiss the appeal. No opinion

has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R.

APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.